■ In the Matter of KEVIN J. FAY, an Attorney, Resignor. [672 NYS2d 827] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

■ In the Matter of KENNETH I. FEINMAN, for Reinstatement. [673 NYS2d 624] —Order entered denying application for reinstatement without prejudice. Present—Denman, P. J., Pine, Lawton, Balio and Boehm, JJ.

■ In the Matter of NEVA S. FLAHERTY, an Attorney, Resignor. [675 NYS2d 569] — Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

■ In the Matter of PAUL A. FOLEY, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [673 NYS2d 341] —Resignation accepted and name stricken from roll of attorneys. Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

■ In the Matter of PHILIP M. JOHNSON, an Attorney, Resignor. [675 NYS2d 568] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

■ In the Matter of DAVID R. MOSS, an Attorney, Resignor. [675 NYS2d 568] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

■ In the Matter of WILLIAM G. OLNEY, an Attorney, Resignor. [672 NYS2d 828] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

■ In the Matter of GALE PATTERSON, an Attorney, Resignor. [672 NYS2d 828] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)